** CONFLICT OF INTEREST — BOARD OF COUNTY COMMISSIONERS ** QUESTION: IF A COUNTY BOARD ADVERTISES A COUNTY ROAD PROJECT TO BE LET THE LOWEST AND BEST BIDDER, AND A BROTHER OF ONE OF THE MEMBERS OF THE BOARD OF COUNTY COMMISSIONERS IS THE LOWEST AND BEST BIDDER, WILL IT BE UNLAWFUL FOR THE BOARD TO AWARD SAID PROJECT TO THE SAID BROTHER AND, UPON COMPLETION OF SAID PROJECT, PAY HIM THE AMOUNT OF SAID BID OUT OF AVAILABLE COUNTY FUNDS? — NEGATIVE (NEPOTISM) (FRED HANSEN)